# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TBL HOLDINGS LLC, § § § *Plaintiff,* § § v. § § SIGNIFY NORTH AMERICA § CORPORATION, § § *Defendant.* § § § | Civil Action No. 6:19-cv-00038 JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff TBL Holdings LLC and Defendant Signify North America Corporation jointly file this Joint Motion to Stay All Deadlines and Notice of Settlement. The parties hereby notify the Court that all matters related to the case between TBL Holdings LLC and Signify North America Corporation have been resolved, in principle. The parties request that the Court stay all unreached case deadlines applicable between Plaintiff and Defendant for thirty (30) days so the appropriate dismissal papers may be submitted to dismiss all claims between them in this action.

///

///

///

///

///

///

///

///

1

Dated: July 26, 2019                Respectfully submitted,

                                    */s/ Matt Olavi*
                                    MATT OLAVI (SBN 24095777)
                                    molavi@olavilaw.com
                                    **OLAVI LAW P.C.**
                                    401 Congress Avenue, Suite 1540
                                    Austin, TX 78701
                                    Telephone: (512) 717-4485
                                    Facsimile: : (512) 717-4495

                                    ***Counsel for Plaintiff TBL Holdings LLC***

Dated: July 26, 2019

                                    */s/ Jeremy P. Oczek (by permission)*
                                    JEREMY P. OCZEK (admitted *pro hac vice*)
                                    oczekjp@bsk.com
                                    **BOND SCHOENECK & KING, PLLC**
                                    200 Delaware Avenue, Suite 900
                                    Buffalo, NY 14202-2107
                                    Telephone: (716) 416-7037
                                    Facsimile: (716) 416-7337

                                    ***Counsel for Defendant Signify North America Corporation***

## CERTIFICATE OF SERVICE

I certify that on July 26, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I caused a copy of this document to be mailed by first-class mail to all non-CM/ECF participants.

                                    */s/ Matt Olavi*
                                    Matt Olavi